AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Mary Connolly,

V.

Law Offices of Mitchell N. Kay, P.C.

CASE NUMBER: 07 C 6858

ASSIGNED JUDGE: Kendall

DESIGNATED MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)

LAW OFFICES OF MITCHELL N. KAY, P.C.
7 Penn Plaza
Suite 1801
New York, NY 10001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN 10 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　_____
　　　　　　　　Date　　　　　　　　　Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**ESSENTIAL SERVICES GROUP**
**555 EIGHTH AVE., SUITE 1901**
**NEW YORK, N.Y. 10018**
**TEL.212-760-2300**
**FAX-212-760-0188**

UNITED STATES DOSTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
---
MARY CONNOLLY

VS.                          INDEX#07C6858

LAW OFFICES OF MITCHELL N. KAY, P.C.
---
State of New York, County of New York, SS:

JACK JOHNSON, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State.
   On **JANUARY 15/08 AT 1:26P.M.** at:
**7 PENN PLAZA**
**SUITE 1801**
**NEW YORK, N.Y. 10001**  Deponent served the annexed:
**SUMMONS IN A CIVIL CASE;**
**AMENDED COMPLAINT,**

on **LAW OFFICES OF MITCHELL N. KAY**
by delivering thereat a true copy to MAGALI MENA (LEGAL SECRETARY) personally;

   Deponent describes the individual served as follows:
Sex/Race(skin color): FEMALE/BROWN
Hair/ Approximate Age: BROWN/ 25-35 YRS.
Approximate height/Approximate weight: 5'6"/140 LBS.
281/
PS1.0858
sworn to before me this
 16 day January/08
RETURN ORIGINAL SUMMONS
SASE

Jack Johnson
Process License
# 1181702