UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Mary Connolly
                             Plaintiff,
v.                                          Case No.: 1:07−cv−06858
                                            Honorable Virginia M. Kendall
Law Offices of Mitchell N. Kay, P.C.
                             Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 5, 2008:

MINUTE entry before Judge Virginia M. Kendall : Based on the representation of Plaintiff's counsel that this matter has settled, this case is hereby dismissed without prejudice for 30 days. If no party moves to reinstate this action by 3/7/2008, this case will be dismissed with prejudice and judgment will be entered accordingly. All pending hearing dates and deadlines are stricken. Civil case terminated. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.